S.D.N.Y. – W.P.
14-cv-6368
Karas, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of October, two thousand fourteen.

Present:
> Chester J. Straub,
> Richard C. Wesley,
> Debra Ann Livingston,
> > *Circuit Judges*.

———

Henry L. Rojas, M.D., Mitchell K. Rosen, M.D.,
H&L Rojas, M.D., P.C., DBA Rojas and Rosen M.D.,

> *Plaintiffs - Counter - Defendants - Appellants*,

> v.                                                                14-3455

Cigna Health and Life Insurance Company, Connecticut General Life Insurance Company,

> *Defendants- Counter - Claimants - Appellees*.


Appellants move to enjoin Appellees from terminating their status as in-network providers pending their appeal of the district court's September 16, 2014 order

SAO-RDT

CERTIFIED COPY ISSUED ON 10/14/2014

denying a preliminary injunction.  Upon due consideration, it is hereby ORDERED that Appellants' motion is DENIED.  *See In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-RDT