# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of October, two thousand and fourteen,

_____

| | |
|---|---|
| Henry L. Rojas, M.D. Mitchell K. Rosen, M.D., H & L Rojas, M.D., P.C., DBA Rojas and Rosen M.D., | **ORDER** <br> Docket No. 14-3455 |

Plaintiffs - Counter - Defendants - Appellants,

v.

Cigna Health and Life Insurance Company,
Connecticut General Life Insurance Company,

Defendants - Counter - Claimants - Appellees.

_____

The appellants Henry L. Rojas, Mitchell K. Rosen and H & L Rojas, M.D., P.C., filed a Notice of Appeal in the above-referenced matter, 14-3455. Appellant filed Form D on October 1, 2014 but failed to file a scheduling notification letter within 14 days of the filing, as required by Local Rule 31.2(a)(1)(A). Upon consideration thereof,

IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), Appellant's brief must be filed on or before November 10, 2014. The appeal is dismissed effective November 10, 2014 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013)

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

